UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL SMITH,

   Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

   Defendant.

Case No. C14-389-RSL

ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS

  The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

  (1) The Court adopts and approves the Report and Recommendation.

  (2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

  (3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

  DATED this 23rd day of July, 2014.

           */s/ Robert S. Lasnik*
           Robert S. Lasnik
           United States District Judge

ORDER
PAGE - 1